IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM TISDALE**<br>*Plaintiff* | **CIVIL ACTION NO.:**<br>2:22-cv-00237-GGG-MBN |
| | **SECTION "F"** |
| **VERSUS** | **DISTRICT COURT JUDGE:**<br>**GREG G. GUIDRY** |
| **MARQUETTE TRANSPORTATION COMPANY, LLC, MARQUETTE TRANSPORTATION COMPANY, GULF-INLAND, LLC, MARQUETTE TRANSPORTATION COMPANY OFFSHORE, LLC AND DEFENDANTS A-Z**<br>*Defendants* | **MAGISTRATE JUDGE:**<br>**MICHAEL B. NORTH** |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Marquette Transportation Company Gulf-Inland, LLC, and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, files its Corporate Disclosure Statement as follows:

Marquette Transportation Company Gulf-Inland, LLC is a Delaware Limited Liability Company. No publicly traded company owns a 10% interest in the entity, or any corporate parents or any affiliated company.

Respectfully submitted,

BY:   LUGENBUHL

*/s/ Todd G. Crawford*
Todd G. Crawford, T.A. (La Bar No. 20150)
Carter L. Sayers (La Bar No. 38887)
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130

        Telephone: 504-568-1990  
        Facsimile: 504-310-9195  
        Email: tcrawford@lawla.com  
        Email: csayers@lawla.com  
        *Attorneys for Marquette Transportation Company, LLC, Marquette Transportation Company Gulf-Inland, LLC and Marquette Transportation Company Offshore, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        */s/ Todd G. Crawford*