Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Department of Insurance, Division of Workers' Compensation and may be entitled to certain medical and income benefits. For further information call your local Division field office or 1(800)-252-7031.



Empleado - Es necesario reporte su lesión a su empleador dentro de 30 días a partir de la fecha en que se lesionó si es que su empleador cuenta con un seguro de compensación para trabajadores. Usted tiene derecho a recibir asistencia gratuita por parte de la División de Compensación para Trabajadores, y también puede tener derecho a ciertos beneficios médicos y monetarios. Para mayor información comuníquese con la oficina local de la División al teléfono 1-800-252-7031.

# TEXAS WORKERS' COMPENSATION WORK STATUS REPORT

## PART I: GENERAL INFORMATION

| | | |
|---|---|---|
| 1. Injured Employee's Name: WILLIAM TISDALE | 5. Doctor's Name and Degree: FARIBORZ NAZARI, MD | (for transmission purposes only) / Date Being Sent: 03/14/2019 |
| 2. Date of Injury: 03/13/2019 | 6. Clinic/Facility Name: BAYTOWN OCCUPATIONAL & FAMILY MEDICINE | 9. Employer's Name: MARQUETTE TRANSPORTATION |
| 3. Social Security Number (last 4): XXX-XX-3664 | 7. Clinic/Facility/Doctor Phone & Fax: 281-420-4000 / 281-428-4940 | 10. Employer's Fax # or Email Address (if known): |
| 4. Employee's Description of Injury/Accident: LOW BACK PAIN | 8. Clinic/Facility/Doctor Address: 4002 GARTH ROAD SUITE 150, BAYTOWN, TX 77521 | 11. Insurance Carrier: MARQUETTE TRANSPORTATION |
| | | 12. Carrier's Fax # or Email Address (if known): 504-264-5676 |

## PART II: WORK STATUS INFORMATION (FULLY COMPLETE ONE INCLUDING ESTIMATED DATES AND DESCRIPTION IN 13(c) AS APPLICABLE)

13. The injured employee's medical condition resulting from the workers' compensation injury:

☐ (a) will allow the employee to return to work as of _2/14/19_ (date) without restrictions.

☑ (b) will allow the employee to return to work as of _3/14/19_ (date) with the restrictions identified in PART III, which are expected to last through _3/21/19_ (date).

☐ (c) has prevented and still prevents the employee from returning to work as of _____ (date) and is expected to continue through _____ (date). The following describes how this injury prevents the employee from returning to work:

## PART III: ACTIVITY RESTRICTIONS (ONLY COMPLETE IF BOX 13(b) IS CHECKED)

**14. POSTURE RESTRICTIONS (if any):** Max Hours per day: 0 2 4 6 8
- Standing: ☐☐☑☐☐
- Sitting: ☐☐☑☐☐
- Kneeling/Squatting: ☑☐☐☐☐
- Bending/Stooping: ☑☐☐☐☐
- Pushing/Pulling: ☑☐☐☐☐
- Twisting: ☐☐☐☐☐
- Other: ☐☐☐☐☐

**17. MOTION RESTRICTIONS (if any):** Max Hours per day: 0 2 4 6 8
- Walking: ☐☑☐☐☐
- Climbing stairs/ladders: ☐☐☐☐☐
- Grasping/Squeezing: ☐☐☐☐☐
- Wrist flexion/extension: ☐☐☐☐☐
- Reaching: ☐☐☐☐☐
- Overhead Reaching: ☐☐☐☐☐
- Keyboarding: ☐☐☐☐☐
- Other:

**15. RESTRICTIONS SPECIFIC TO (if applicable):**
☐ Left Hand/Wrist ☐ Left Leg
☐ Right Hand/Wrist ☐ Right Leg
☐ Left Arm ☑ Back
☐ Right Arm ☐ Left Foot/Ankle
☐ Neck ☐ Right Foot/Ankle
Other:

**18. LIFT/CARRY RESTRICTIONS (if any):**
☑ May not lift/carry objects more than _5_ lbs. for more than ____ hours per day
☐ May not perform any lifting/carrying
Other:

**16. OTHER RESTRICTIONS (if any):**

**19. MISC. RESTRICTIONS (if any):**
☐ Max hours per day of work: ____
☐ Sit/Stretch breaks of ____ per ____
☐ Must wear splint/cast at work
☐ Must use crutches at all times
☐ No driving/operating heavy equipment
☐ Can only drive automatic transmission
☐ No work / ____ hours/day work:
   ☐ in extreme hot/cold environments
   ☐ at heights or on scaffolding
☐ Must keep ____ ☐ elevated ☐ clean & dry
☐ No skin contact with: ____
☐ Dressing changes necessary at work
☐ No running

**20. MEDICATION RESTRICTIONS (if any):**
☐ Must take prescription medication(s)
☐ Advised to take over-the-counter meds
☐ Medication may make drowsy (possible safety/driving issues)

* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

## PART IV: TREATMENT/FOLLOW-UP APPOINTMENT INFORMATION

**21. Work Injury Diagnosis Information:** Backstrand

**22. Expected Follow-up Services Include:**
☑ Evaluation by the treating doctor on _Nurse_ (date) at _3-28-19_ @ _12:00_ am/pm
☐ Referral to/Consult with ____ on ____ (date) at ____ : ____ am/pm
☐ Physical medicine ____ X per week for ____ weeks starting on ____ (date) at ____ : ____ am/pm
☐ Special studies (list): ____ on ____ (date) at ____ : ____ am/pm
☐ None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated.

| Date / Time of Visit: 03/14/2019 Discharge Time | EMPLOYEE'S SIGNATURE | DOCTOR'S SIGNATURE | Visit Type: ☑ Initial ☐ Follow-up | Role of Doctor: ☐ Designated doctor ☑ Treating doctor ☐ Referral doctor ☐ Consulting doctor | ☐ Carrier-selected RME ☐ DWC-selected RME ☐ Other doctor |

DWC FORM-73 (Rev. 02/11) Page 1



DIVISION OF WORKERS' COMPENSATION

EXHIBIT "3"